1

2        IN THE UNITED STATES DISTRICT COURT

3        FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   LARRY BANKS,

8            Plaintiff,              1: 09 CV 00273 YNP GSA (PC)

9        vs.                        ORDER DISMISSING ACTION

10

11

12  DR. SCOTT, et al.,

13           Defendants.

14

15

16

17

18

19       Plaintiff is a Fresno County Jail inmate proceeding pro se in a civil rights action against

20  officials of the California Department of Corrections and Rehabilitation.   Plaintiff has consented

21  to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

22       On June 24, 2009, an order was entered, dismissing the complaint and granting Plaintiff

23  leave to file an amended complaint.  On July 29, 2009, Plaintiff filed a motion to voluntarily

24  dismiss this action.  Plaintiff specifically requests to "dismiss and drop this complaint on all the

25  defendants."  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss

26

1

1   this action without prejudice on his own motion, so long as a responsive pleading has not been

2   filed.  No defendants has been served or entered an appearance.

3         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice

4   on Plaintiff's motion.  The Clerk is directed to close this case.

5

6      IT IS SO ORDERED.

7      **Dated:    August 17, 2009**                    _/s/ **Gary S. Austin**_
                                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26